■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN GRAVES, Appellant.— Judgment of the Supreme Court, Kings County, rendered June 12, 1968 on resentence, affirmed. The minutes of defendant's court appearance on July 13, 1966 conclusively demonstrate that defendant voluntarily consented to a return to State Prison pending the imposition of sentence upon him and that no promises were made to him in this regard. Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.